IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| DEDRICK L. WELLS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv356-MHT |
| | ) | (WO) |
| EUGENE REESE McKINNEY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate incarcerated at the Montgomery County Detention Facility in Montgomery, Alabama, filed this lawsuit complaining that his constitutional rights have been violated in state court proceedings. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of November, 2017.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**