IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEDRICK L. WELLS,              )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )       2:17cv356-MHT
                               )            (WO)
EUGENE REESE McKINNEY,         )
et al.,                        )
                               )
    Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) This case is dismissed, with plaintiff's claims against defendant Eugene Reese McKinney dismissed with prejudice, and plaintiff's remaining claims dismissed without prejudice.

(3) All pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of November, 2017.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE